UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-1075 |
| v. | : | CRIMINAL ACTION |
| Ronald Pullen | : | ORDER OF RELEASE |

The Court orders the defendant, __Ronald Pullen__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

/s/ Ronald Pullen                                    4/22/21
DEFENDANT                                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*[signature]*
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

4/22/21
DATE